**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Ste. 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
JEREMY VOSS,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VOSS,<br><br>            Plaintiff,<br><br>       vs.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>            Defendant(s), | Case No.: 8:20−cv−00579−FMO−ADS<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

   NOW COMES Plaintiff, JEREMY VOSS, by and through the undersigned

counsel, and hereby notifies this Honorable Court that the parties have reached an

agreement to settle the instant matter in its entirety. The parties, through counsel,

- 1 -

are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

Dated: August 11, 2020

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

- 2 -

NOTICE OF SETTLEMENT

are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

Dated: August 11, 2020

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.